BEFORE THE FIRST DIVISION, NOVEMBER 16, 1959

No. 63519.—Walter Hatches, Inc., and W. J. Byrnes & Co., of N.Y., Inc., et al. *v.* United States, protests 325827–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders, composed of iron, not plated with gold lacquer, similar in all material respects to those the subject of *Mottahcdeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.